**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts (Boston)**

IN RE:                                                                         Case No.:     12-14764

Debtors: Andrew B. Savage and Sandra J. Savage      Loan Number (Last 4):     8479

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | The Bank of New York Mellon, et al |
|---|---|
|  | c/o Prober & Raphael, A Law Corp. |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 18 |
| Lewisville, TX 75067 | Amount of Claim: $49,238.95 |
|  | Date Claim Filed: 10/05/2012 |
| Phone: 877-782-7612 | Last Four Digits of Acct #: 2660 |
| Last Four Digits of Acct #: 8479 |  |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:   877-782-7612

Last Four Digits of Acct #:   8479

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Diana Duarte                                            Date:   06/13/2014
      Authorized Filing Agent
      (Approved by: Megan Koza)

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

880237-9dd5d6e2-8600-41c4-9603-d684bd63efbb